1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs, IRMA RAMIREZ
6  and DAREN HEATHERLY,

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  IRMA RAMIREZ and DAREN           )     CASE NO. CV-13-5492-KAW
    HEATHERLY,                       )
12                                   )     **STIPULATION OF DISMISSAL AND**
                                     )     ~~[PROPOSED]~~ **ORDER THEREON**
13       Plaintiffs,                 )
                                     )
14  v.                               )
                                     )
15  ROBYN & ROBIN LLC, a California  )
    limited liability company, dba Y&I )
16  CLOTHING BOUTIQUE; and LOUIS     )
17  KALISKI, Inc., a California Corporation, )
                                     )
18       Defendants.                 )
                                     )
19  _____ )

20

21       The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24  costs and attorneys' fees.  The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
**RAMIREZ v. ROBYN & ROBIN LLC.**          CASE NO. CV-13-5492-KAW

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action become and hereby is dismissed with

3    prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

4         This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7    Dated: April 15, 2015                    THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*
8

9                                             By: */s/ Thomas E. Frankovich*
                                                     Thomas E. Frankovich
10                                            Attorney for Plaintiffs IRMA RAMIREZ and
                                              DAREN HEATHERLY
11

12   Dated: April ___, 2015                   SELMAN BREITMAN LLP

13

14                                            By:_____
                                                     Edward C. Schroeder Jr.
                                              Attorney for Defendants ROBYN & ROBIN LLC, a
15                                            California limited liability company, dba Y&I
                                              CLOTHING BOUTIQUE
16

17   Dated: April ___, 2015                   DONAHUE FITZGERALD, LLP

18

19                                            By: _____
                                                     Mark A. Delgado, Esq.
                                              Attorney for Defendant LOUIS KALISKI, Inc., a
20                                            California Corporation

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
**RAMIREZ v. ROBYN & ROBIN LLC,**          CASE NO. CV-13-5492-KAW                    -2-

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action become and hereby is dismissed with

3    prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

4        This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7    Dated: April ___, 2015                THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*
8

9                                          By:_____
                                               Thomas E. Frankovich
10                                         Attorney for Plaintiffs IRMA RAMIREZ and
                                           DAREN HEATHERLY
11

12   Dated: April _3_, 2015                SELMAN BREITMAN LLP

13                                         By:_____

14                                             Edward C. Schroeder Jr.
                                           Attorney for Defendants ROBYN & ROBIN LLC, a
15                                         California limited liability company, dba Y&I
                                           CLOTHING BOUTIQUE
16

17   Dated: April _3_, 2015                DONAHUE FITZGERALD, LLP

18                                         By:_____

19                                             Mark A. Delgado, Esq.
                                           Attorney for Defendant LOUIS KALISKI, Inc., a
20                                         California Corporation

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
RAMIREZ v. ROBYN & ROBIN LLC,          CASE NO. CV-13-5492-KAW                              -2-

1

## ORDER

2      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

3  Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

4  purpose of enforcing the parties' Settlement Agreement and General Release should such

5  enforcement be necessary

6  Dated:  ____4/24_____, 2015

7                                           _Kandis Westmore_____
                                           Honorable Magistrate Kandis A. Westmore
8                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
**RAMIREZ v. ROBYN & ROBIN LLC,**            CASE NO. CV-13-5492-KAW                    -3-